# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Lehman Brothers Holdings Inc.                                  Bankruptcy Case No.: 08−13555−jmp

Lehman Brothers Special Financing Inc.

                                      Plaintiff,

                                                                  Adversary Proceeding No. 10-03542−jmp

−against−

U.S. Bank National Association
Bank of America National Association
Deutsche Bank Trust Company Americas
The Bank of New York Mellon Trust Company
   National Association
Wells Fargo Bank National Association
Airlie CDO I, Corp.
Airlie CDO I, Ltd.
Airlie LCDO I (Aviv LCDO 2006-3)
Corp, Airlie LCDO I (Aviv LCDO 2006-3), Ltd.
Airlie LCDO Ii (Pebble Creek 2007-1), Corp.
Airlie LCDO Ii (Pebble Creek 2007-1), Ltd.
Aviv LCDO 2006-1, Corp.
Aviv LCDO 2006-1, Ltd.
Aviv LCDO 2006-2, Corp.
Aviv LCDO 2006-2, Ltd.
Balboa CDO I, Corp.
Balboa CDO I, Ltd.
Belle Haven Abs CDO 2005-1, Llc
Belle Haven Abs CDO 2005-1, Ltd.
Belle Haven Abs CDO 2006-1, Llc
Belle Haven Abs CDO 2006-1, Ltd.
Exum Ridge CBO 2006-1, Corp.
Exum Ridge CBO 2006-1, Ltd.
Exum Ridge CBO 2006-2, Corp.
Exum Ridge CBO 2006-2, Ltd.
Exum Ridge CBO 2006-4, Corp.
Exum Ridge CBO 2006-4, Ltd.
Exum Ridge CBO 2006-5, Corp.
Exum Ridge CBO 2006-5, Ltd.
Exum Ridge CBO 2007-1, Corp.
Exum Ridge CBO 2007-1, Ltd.
Exum Ridge CBO 2007-2, Corp.
Exum Ridge CBO 2007-2, Ltd.
Gemstone CDO VI Corp.
Gemstone CDO VI Ltd.
Greystone CDO Series 2008-4 Llc
Greystone CDO SPC, for the Account of the Series
2008-4 Segregated Portfolio
Pebble Creek LCDO 2006-1, Corp.
Pebble Creek LCDO 2006-1, Ltd.
Pebble Creek LCDO 2007-3, Llc
Pebble Creek LCDO 2007-3, Ltd.
Race Point Iv Clo, Ltd.
Restructured Asset Certificates with Enhanced
   Returns, Series 2002-26 Trust
Restructured Asset Certificates with Enhanced

    Returns, Series 2006-18-C ABX-A06- 1-I Trust
Restructured Asset Certificates with Enhanced
    Returns, Series 2006-18-C ABX-A06-1-II Trust
Restructured Asset Certificates with Enhanced
    Returns, Series 2006-18-C ABX-A06-1-III Trust
Restructured Asset Certificates with Enhanced
    Returns, Series 2006-18-C ABX-A06-2-I Trust
Restructured Asset Certificates with Enhanced
    Returns, Series 2006-18-C ABX-A06-2-II Trust
Restructured Asset Certificates with Enhanced
    Returns, Series 2006-18-C ABX-A06-2-III Trust
Restructured Asset Certificates with Enhanced
    Returns, Series 2006-20AT Trust
SGS HY Credit Fund I (Exum Ridge CBO 2006-3),
    Ltd.
Stowe CDO LLC
Stowe CDO SPC, For The Account Of The Series
    2008-1 Segregated Portfolio
Tradewinds II CDO Series 2006-1 LLC
Tradewinds II CDO SPC, for the Account of the
    Series 2006-1 Segregated Portfolio
White Marlin CDO 2007-1, Corp.
White Marlin CDO 2007-1, Ltd

                Defendants

# SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
# IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court. Please note that the Debtors have filed a motion seeking to stay this proceeding until further notice. As such, no motion or answer is required from you at this time. The Debtors or the Court will issue a notice to you of the date such motion or answer is due on not less than 30 days notice.

| **Address of Clerk:** | **Clerk of the Court**<br>**United States Bankruptcy Court**<br>**Southern District of New York**<br>**One Bowling Green**<br>**New York, NY 10004−1408** |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of**<br>**Plaintiff's Attorney:** | **Ralph I. Miller**<br>**Weil Gotshal & Manges LLP**<br>**767 Fifth Avenue**<br>**New York, NY 10153** |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004−1408 | Room: Courtroom 601 (JMP), One Bowling<br>Green, New York, NY 10004−1408<br><br>Date and Time: **To Be Determined By The Court** |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 9/21/10                              Vito Genna

*Clerk of the Court*

By: /s/ Kevin Cockerham

*Deputy Clerk*