NIXON PEABODY LLP
Christopher M. Desiderio
David H. Lee
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000

and

Amanda C. Darwin
Richard C. Pedone
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

*Counsel for Deutsche Bank Trust Company Americas*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11<br>Case No. 08-13555(JMP)<br>Jointly Administered |
| Debtors. | |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | Adversary Proceeding<br>No. 10-03542(JMP) |
| Plaintiff, | |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Nixon Peabody LLP hereby appears in the above-captioned adversary proceeding as counsel for Defendant Deutsche Bank Trust Company Americas and requests that all notices given in this adversary proceeding and all papers served or

13183712.1

required to be served in this adversary proceeding be given to and served upon the undersigned at the address set forth below:

>Amanda D. Darwin
>Richard C. Pedone
>NIXON PEABODY, LLP
>100 Summer Street
>Boston, MA 02110
>Telephone: (617) 345-1000
>Facsimile: (617) 345-1300
>adarwin @nixonpeabody.com
>rpedone@nixonpeabody.com
>
>and
>
>David H. Lee
>NIXON PEABODY, LLP
>437 Madison Avenue
>New York, NY 10022
>Telephone: (212) 940-3000
>Facsimile: (212) 940-3111
>dlee@nixonpeabody.com

Dated: New York, New York
January 12, 2011

                    Respectfully Submitted

                    By: */s/ David H. Lee*
                      Christopher M. Desiderio
                      David H. Lee
                      NIXON PEABODY LLP
                      437 Madison Avenue
                      New York, NY 10022
                      Telephone: (212) 940-3000
                      Facsimile: (212) 940-3111

                      and

                      Amanda D. Darwin
                      Richard C. Pedone
                      NIXON PEABODY LLP
                      100 Summer Street
                      Boston, MA 02110
                      Telephone: (617) 345-1000

                    *Counsel for Deutsche Bank Trust Company Americas*

13183712.1                 2