NIXON PEABODY LLP
Christopher M. Desiderio
David H. Lee
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000

and

Amanda C. Darwin
Richard C. Pedone
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000

*Counsel for Deutsche Bank Trust Company Americas*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555(JMP) |
| Debtors. | Jointly Administered |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | Adversary Proceeding |
| Plaintiff, | No. 10-03542(JMP) |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, *et al.*, | |
| Defendants. | |

## RULE 7007.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7007.1-1, Deutsche Bank Trust Company Americas, by and through its undersigned counsel, states that (a) it is a wholly-owned subsidiary of Deutsche Bank Trust Corporation, (b) Deutsche Bank Trust Corporation is a wholly-owned subsidiary of Taunus

13183674.1

Corporation, (c) Taunus Corporation is a wholly-owned subsidiary of Deutsche Bank AG, and (d) no corporation directly or indirectly owns 10% of more of any class of Deutsche Bank AG's equity interests.

Dated: New York, New York
January 12, 2011

Respectfully Submitted

By: */s/ David H. Lee*
Christopher M. Desiderio
David H. Lee
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111

and

Amanda D. Darwin
Richard C. Pedone
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

*Counsel for Deutsche Bank Trust Company Americas*