WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002-2755
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Scarlett E. Collings

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ x

In re:                                                              :

LEHMAN BROTHERS HOLDINGS INC., *et al.*          :

                                        Debtors.        :
_____ x

LEHMAN BROTHERS SPECIAL FINANCING INC.          :

                                        Plaintiff,       :

-against-                                                       :

U.S. BANK NATIONAL ASSOCIATION, BANK OF
AMERICA NATIONAL ASSOCIATION, DEUTSCHE
BANK TRUST COMPANY AMERICAS, THE BANK OF
NEW YORK MELLON TRUST COMPANY NATIONAL
ASSOCIATION, WELLS FARGO BANK NATIONAL
ASSOCIATION, and DEFENDANTS IDENTIFIED ON
SCHEDULE 1,
                                                                      :
                                Trustee Defendants,

-and-

AIRLIE CDO I, CORP., AIRLIE CDO I, LTD., AIRLIE
LCDO I (AVIV LCDO 2006-3), CORP, AIRLIE LCDO I
(AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (PEBBLE
CREEK 2007-1), CORP., AIRLIE LCDO II (PEBBLE
CREEK 2007-1), LTD., AVIV LCDO 2006-1, CORP.,
AVIV LCDO 2006-1, LTD., AVIV LCDO 2006-2, CORP.,
AVIV LCDO 2006-2, LTD., BALBOA CDO I, CORP.,
BALBOA CDO I, LTD., BELLE HAVEN ABS CDO 2005-
1, LLC, BELLE HAVEN ABS CDO 2005-1, LTD., BELLE

Chapter 11

Case No. 08-13555 (JMP)

Adversary Proceeding
No. 10-03542 (JMP)

HAVEN ABS CDO 2006-1, LLC, BELLE HAVEN ABS
CDO 2006-1, LTD., EXUM RIDGE CBO 2006-1, CORP.,
EXUM RIDGE CBO 2006-1, LTD., EXUM RIDGE CBO
2006-2, CORP., EXUM RIDGE CBO 2006-2, LTD.,
EXUM RIDGE CBO 2006-4, CORP., EXUM RIDGE CBO
2006-4, LTD., EXUM RIDGE CBO 2006-5, CORP.,
EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO
2007-1, CORP., EXUM RIDGE CBO 2007-1, LTD.,
EXUM RIDGE CBO 2007-2, CORP., EXUM RIDGE CBO
2007-2, LTD., GEMSTONE CDO VI CORP., GEMSTONE
CDO VI LTD., GREYSTONE CDO SERIES 2008-4 LLC,
GREYSTONE CDO SPC, FOR THE ACCOUNT OF THE
SERIES 2008-4 SEGREGATED PORTFOLIO, PEBBLE
CREEK LCDO 2006-1, CORP., PEBBLE CREEK LCDO
2006-1, LTD., PEBBLE CREEK LCDO 2007-3, LLC,
PEBBLE CREEK LCDO 2007-3, LTD., RACE POINT IV
CLO, LTD., RESTRUCTURED ASSET CERTIFICATES
WITH ENHANCED RETURNS, SERIES 2002-26 TRUST,
RESTRUCTURED ASSET CERTIFICATES WITH
ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-
I TRUST, RESTRUCTURED ASSET CERTIFICATES
WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-
A06-1-II TRUST, RESTRUCTURED ASSET
CERTIFICATES WITH ENHANCED RETURNS, SERIES
2006-18-C ABX-A06-1-III TRUST, RESTRUCTURED
ASSET CERTIFICATES WITH ENHANCED RETURNS,
SERIES 2006-18-C ABX-A06-2-I TRUST,
RESTRUCTURED ASSET CERTIFICATES WITH
ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-
II TRUST, RESTRUCTURED ASSET CERTIFICATES
WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-
A06-2-III TRUST, RESTRUCTURED ASSET
CERTIFICATES WITH ENHANCED RETURNS, SERIES
2006-20AT TRUST, SGS HY CREDIT FUND I (EXUM
RIDGE CBO 2006-3), LTD., STOWE CDO LLC, STOWE
CDO SPC, FOR THE ACCOUNT OF THE SERIES 2008-1
SEGREGATED PORTFOLIO, TRADEWINDS II CDO
SERIES 2006-1 LLC, TRADEWINDS II CDO SPC, FOR
THE ACCOUNT OF THE SERIES 2006-1 SEGREGATED
PORTFOLIO, WHITE MARLIN CDO 2007-1, CORP.,
WHITE MARLIN CDO 2007-1, LTD.,

Issuer Defendants.

_____ x

## NOTICE OF DISMISSAL OF AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD.,
## AIRLIE LCDO II (PEBBLE CREEK 2007-1), CORP., AND
## U. S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE
## <u>AIRLIE II (PEBBLE CREEK 2007-1) TRANSACTION</u>

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, on behalf of Lehman Brothers Special Financing Inc. ("<u>LBSF</u>"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure made applicable to adversary cases by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses Airlie LCDO II (Pebble Creek 2007-1), Ltd., Airlie LCDO II (Pebble Creek 2007-1), Corp. (together with Airlie LCDO II (Pebble Creek 2007-1), Ltd., the "<u>Airlie II (Pebble Creek 2007-1) Issuers</u>") and solely in its capacity as trustee for the Airlie II (Pebble Creek 2007-1) Transaction (as defined below), U.S. Bank National Association (the "<u>Trustee,</u>" and together with the Airlie II (Pebble Creek 2007-1) Issuers, "<u>Defendants</u>"), from the complaint in the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>") with prejudice.

Pursuant to an ISDA Master Agreement dated as of January 30, 2007, LBSF and the Airlie II (Pebble Creek 2007-1) Issuers entered into a credit default swap transaction (the "<u>Airlie II (Pebble Creek 2007-1) Transaction</u>"). This notice of dismissal by LBSF is made as a matter of right because Defendants have not as of this date filed an answer or a motion for summary judgment. Accordingly, LBSF's claims in the Adversary Proceeding (i) against the Airlie II (Pebble Creek 2007-1) Issuers solely with respect to the Airlie II (Pebble Creek 2007-1) Transaction and (ii) against the Trustee solely as trustee with respect to the Airlie II (Pebble Creek 2007-1) Transaction are hereby dismissed with prejudice. For the avoidance of doubt, nothing herein shall be construed as a dismissal of the causes of action in the Adversary Proceeding that have been asserted against the Airlie II (Pebble Creek 2007-1) Issuers or the Trustee that are not related to or in respect of the Airlie II (Pebble Creek 2007-1) Transaction,

and nothing herein shall alter, waive, diminish, or impair any rights, claims, interests, or defenses

of the parties with regard to such other causes of action or in connection with any other

transactions.

Dated: December 11, 2012
Houston, Texas

/s/ Scarlett E. Collings
Scarlett E. Collings
*scarlett.collings@weil.com*
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002-2755
Telephone:    (713) 546-5000
Facsimile:    (713) 224-9511

*Attorneys for Lehman Brothers*
*Holdings Inc. and Certain of Its Affiliates*

US_ACTIVE:\44156746\1\58399.0011