WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002-2755
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Scarlett E. Collings

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | |
| Debtors. | |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | |
| Plaintiff, | |
| -against- | Adversary Proceeding |
| | No.: 10-03542 (SCC) |
| BANK OF AMERICA NATIONAL ASSOCIATION, *et al.*, | |
| Defendants, | |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, on behalf of Lehman Brothers Special Financing Inc. ("LBSF"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses from the complaint in the above-captioned adversary proceeding (the "Adversary Proceeding") with prejudice and without costs:

    (i)    all claims asserted in the Adversary Proceeding against Andorra Banc Agricol Reig, S.A. ("Andbanc"), to the extent it may have appeared, arising out of or

   related to Restructured Asset Securities With Enhanced Returns, Series 2002-26 Trust and the Class A-2 EUR 20,000,000 Notes (the "Class A-2 Notes");

(ii) all claims asserted in the Adversary Proceeding against Trustee Defendant The Bank of New York Mellon Trust Company National Association, and all claims that may be asserted in the Adversary Proceeding against The Bank of New York Mellon Corporation, and BNY Corporate Trustee Services Ltd., arising out of or related to Restructured Asset Securities With Enhanced Returns, Series 2002-26 Trust and the Class A-2 Notes (the "Trustee Defendants") (but no claims asserted in this Adversary Proceeding in connection with any other Issuer Defendant, transaction, or other class of notes); and

(iii) all claims asserted in the Adversary Proceeding against Defendant Restructured Asset Securities With Enhanced Returns, Series 2002-26 Trust arising out of or related to the Class A-2 Notes ("RACERS 2002-26 Class A-2," and together with Andbanc and the Trustee Defendants, the "Dismissed Parties"), but no other transaction or other class of notes.

LBSF has settled with the Dismissed Parties in connection with the Class A-2 Notes, and although not a named party in the captioned Adversary Proceeding, Andbanc has requested that this Notice of Voluntary Dismissal include it as well as the Dismissed Parties that are named defendants in the Adversary Proceeding. For the avoidance of doubt, nothing herein shall be construed as a dismissal of any cause of action that has been asserted against Andbanc, the Trustee Defendants, RACERS 2002-26 Class A-2, and the Class A-2 Notes that is not related to or in respect of the Restructured Asset Securities With Enhanced Returns, Series 2002-26 Trust and the Class A-2 Notes, and nothing herein shall alter, waive, diminish, or impair any rights, claims, interests, or defenses of the parties with regard to such other causes of action or in connection with any other transactions.

Dated: April 3, 2014
  New York, New York     /s/ Scarlett E. Collings
              Scarlett E. Collings
              WEIL, GOTSHAL & MANGES LLP
              700 Louisiana, Suite 1600
              Houston, Texas 77002-2755
              Telephone:  (713) 546-5000
              Facsimile:  (713) 224-9511

              *Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*