WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

*Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                                             Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.<br><br>                                             Plaintiff,<br><br>-against-<br><br>U.S. BANK NATIONAL ASSOCIATION, BANK OF AMERICA NATIONAL ASSOCIATION, DEUTSCHE BANK TRUST COMPANY AMERICAS, THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOCIATION, WELLS FARGO BANK NATIONAL ASSOCIATION, AND DEFENDANTS IDENTIFIED ON SCHEDULE 1,<br><br>                                             Trustee Defendants,<br><br>-and- | Adversary Proceeding<br>No. 10-03542 (SCC) |

AIRLIE CDO I, CORP., AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), CORP, AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (PEBBLE CREEK 2007-1), CORP., AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD., AVIV LCDO 2006-1, CORP., AVIV LCDO 2006-1, LTD., AVIV LCDO 2006-2, CORP., AVIV LCDO 2006-2, LTD., BALBOA CDO I, CORP., BALBOA CDO I, LTD., BELLE HAVEN ABS CDO 2005-1, LLC, BELLE HAVEN ABS CDO 2005-1, LTD., BELLE HAVEN ABS CDO 2006-1, LLC, BELLE HAVEN ABS CDO 2006-1, LTD., EXUM RIDGE CBO 2006-1, CORP., EXUM RIDGE CBO 2006-1, LTD., EXUM RIDGE CBO 2006-2, CORP., EXUM RIDGE CBO 2006-2, LTD., EXUM RIDGE CBO 2006-4, CORP., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, CORP., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, CORP., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, CORP., EXUM RIDGE CBO 2007-2, LTD., GEMSTONE CDO VI CORP., GEMSTONE CDO VI LTD., GREYSTONE CDO SERIES 2008-4 LLC, GREYSTONE CDO SPC, FOR THE ACCOUNT OF THE SERIES 2008-4 SEGREGATED PORTFOLIO, PEBBLE CREEK LCDO 2006-1, CORP., PEBBLE CREEK LCDO 2006-1, LTD., PEBBLE CREEK LCDO 2007-3, LLC, PEBBLE CREEK LCDO 2007-3, LTD., RACE POINT IV CLO, LTD., RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2002-26 TRUST, RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-I TRUST, RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-II TRUST, RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-III TRUST, RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-I TRUST, RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS,

SERIES 2006-18-C

ABX-A06-2-II TRUST, RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-III TRUST, RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-20AT TRUST, SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD., STOWE CDO LLC, STOWE CDO SPC, FOR THE ACCOUNT OF THE SERIES 2008-1 SEGREGATED PORTFOLIO, TRADEWINDS II CDO SERIES 2006-1 LLC, TRADEWINDS II CDO SPC, FOR THE ACCOUNT OF THE SERIES 2006-1 SEGREGATED PORTFOLIO, WHITE MARLIN CDO 2007-1, CORP., WHITE MARLIN CDO 2007-1, LTD.,

Issuer Defendants.

**NOTICE OF DISMISSAL OF EXUM RIDGE
CBO 2006-1, LTD., EXUM RIDGE CBO 2006-1, CORP.,
PEBBLE CREEK LCDO 2007-3, LTD., PEBBLE CREEK LCDO
2007-3, CORP., AND U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR THE EXUM RIDGE CBO 2006-1 TRANSACTION
AND THE PEBBLE CREEK LCDO 2007-3 TRANSACTION**

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, on behalf of Lehman Brothers Special Financing Inc., pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure made applicable to adversary cases by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses Exum Ridge CBO 2006-1, Ltd. and Exum Ridge CBO 2006-1, Corp. (together, the "Exum Ridge Issuers"), Pebble Creek LCDO 2007-3, Ltd. and Pebble Creek LCDO 2007-3, Corp. (together, the "Pebble Creek Issuers"), and, solely in its capacity as trustee for the credit default swap transaction entered into between LBSF and the Exum Ridge Issuers pursuant to an ISDA Master Agreement dated as of February 16, 2006 (the "Exum Ridge CBO 2006-1 Transaction"),

and the credit default swap transaction entered into between LBSF and the Pebble Creek Issuers pursuant to an ISDA Master Agreement dated as of July 19, 2007 (the "<u>Pebble Creek LCDO 2007-3 Transaction</u>"), U.S. Bank National Association (the "<u>Trustee</u>," and together with the Exum Ridge Issuers and the Pebble Creek Issuers, the "<u>Defendants</u>"), from the complaint in the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>") with prejudice.

This notice of dismissal by LBSF is made as a matter of right because Defendants have not as of this date filed an answer or a motion for summary judgment. Accordingly, LBSF's claims in the Adversary Proceeding (i) against the Exum Ridge Issuers solely with respect to the Exum Ridge CBO 2006-1 Transaction, (ii) the Pebble Creek Issuers solely with respect to the Pebble Creek LCDO 2007-3 Transaction, and (iii) against the Trustee solely as trustee with respect to the Exum Ridge CBO 2006-1 Transaction and the Pebble Creek LCDO 2007-3 Transaction are hereby dismissed with prejudice. For the avoidance of doubt, nothing herein shall be construed as a dismissal of the causes of action in the Adversary Proceeding that have been asserted against the Exum Ridge Issuers, the Pebble Creek Issuers, or the Trustee that are not related to or in respect of the Exum Ridge CBO 2006-1 Transaction or the Pebble Creek LCDO 2007-3 Transaction, as applicable, and nothing herein shall alter, waive, diminish, or impair any rights, claims, interests, or defenses of the parties with regard to such other causes of action or in connection with any other transactions.

Dated: June 12, 2014
     New York, New York

        /s/ Jacqueline Marcus
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings*

- 4 -

*Inc. and Certain of Its Affiliates*

- 5 -